UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SCOTCHTOWN HOLDINGS LLC

Plaintiff,

-v-

TOWN OF GOSHEN AND STEPHEN P. ANDRYSHAK AS SUPERINTENDENT OF HIGHWAYS

Defendant.

Case No. ECF CASE

**Rule 7.1 Statement**

08 CIV. 4720
BRIEANT

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

SCOTCHTOWN HOLDINGS LLC    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

**Date:** 5-19-08

Signature of Attorney

**Attorney Bar Code:** JS 2399