| | |
|---|---|
| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK COUNTY OF _____ | AFFIDAVIT OF SERVICE<br>ATTORNEY: SWEENEY<br>FF/INDEX #: 08 CIV. 4720<br>DATE FILED: 5/20/08<br>DOCKET #:<br>ECF CASE |

SCOTCHTOWN HOLDINGS LLC

Plaintiff(s)/Petitioners(s)

- AGAINST -

THE TOWN OF GOSHEN AND STEPHEN P. ANDRYSHAK AS SUPERINTENDENT OF HIGHWAYS OF THE TOWN OF GOSHEN

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

### STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on 5/30/08 at 12:20 PM at TOWN OF GOSHEN HIGHWAY DEPARTMENT
44 POLICE DRIVE, GOSHEN, NEW YORK 10924

deponent served the within **SUMMONS IN A CIVIL ACTION & COMPLAINT WITH INDEX # AND DATE OF FILING ENDORSED THEREON**

on **STEPHEN P. ANDRYSHAK AS SUPERINTENDENT OF HIGHWAYS** therein named

**SUITABLE AGE** [✓] By delivering a true copy thereof to and leaving with **MICHELLE RADAKIVITS, CO-WORKER** a person of suitable age and discretion, the said premises being the defendants - respondents

[ ] dwelling place   [✓] place of business   [ ] last known address   within the State of New York

[ ] AND AT THE SAME TIME PAYING IN ADVANCE   THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, BLONDE & BROWN HAIR, 20-30 YRS., 5'7"-5'10", 140-150 LBS.**

Other identifying features:

**MAILING** [✓] Deponent completed said service under the last two sections by depositing a copy of the above named process in a postpaid properly addressed envelope in an official depositary under the exclusive card and custody of the United States Post Office in the State of New York, addressed to the defendant in an envelope bearing the legend "Personal and Confidential" and not indicating on the outside of the envelope that the communication is from an attorney

Mailed on: 6/2/08
[ ] at his last known residence   [✓] at his place of business   [ ] at his last known address
Address confirmed by:

**MILITARY SERVICE** [✓] I asked the person spoken to whether defendant was in active military service of the United States or of the state of New York in any capacity whatever and received a negative reply. Defendant wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated.

Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on: 6/2/08

_[signature]_   _[signature]_   _[signature: Joseph Sherlock]_
                                JOSEPH SHERLOCK

| JOHN GOULD | JOANN JOHNSON | KATHLEEN GOULD |
|---|---|---|
| NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK | NOTARY PUBLIC, STATE OF NEW YORK |
| QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY | QUALIFIED IN ORANGE COUNTY |
| COMMISION EXPIRES JULY 15, 20__ | COMMISION EXPIRES AUGUST 15, 20_10_ | COMMISION EXPIRES NOVEMBER 30, 20__ |
| 01G05013764 | 01J05031856 | 4632958 |