| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF SERVICE |
|---|---|
| COUNTY OF | |

SCOTCHTOWN HOLDINGS LLC

ATTORNEY: SWEENEY
FF/INDEX #: 08 CIV. 4720
DATE FILED: 5/20/08
DOCKET #:
ECF CASE

Plaintiff(s)/Petitioners(s)

- AGAINST -

THE TOWN OF GOSHEN AND STEPHEN P. ANDRYSHAK AS SUPERINTENDENT OF HIGHWAYS OF THE TOWN OF GOSHEN

Defendants(s)/Respondent(s)

COURT D/T:
AMOUNT:

## STATE OF NEW YORK COUNTY OF ORANGE ss:

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on 5/30/08 at 1:00 PM at 44 WEBSTER AVENUE
GOSHEN, NEW YORK 10924

deponent served the within **SUMMONS IN A CIVIL ACTION & COMPLAINT WITH INDEX # AND DATE OF FILING ENDORSED THEREON**

on **TOWN OF GOSHEN** therein named

**CORPORATION** ☑ By delivering to and leaving with **SUSAN MAYSELS** and that he knew the person
so served to be the **DEPUTY CLERK** of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE    THE AUTHORIZED FEE

**DESCRIPTION**   Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, BLONDE HAIR, 40-50 YRS., 5'6"-5'8", 125-135 LBS.**

Other identifying features:

Sworn to before me on: 6/2/08

JOSEPH SHERLOCK

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES JULY 15, 20__
01G05013764

JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES AUGUST 15, 20 10
01J05031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISION EXPIRES NOVEMBER 30, 20__
4632958