UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SCOTHCHTOWN HOLDINGS LLC,

                  *Plaintiff(s)*,

   -against-

THE TOWN OF GOSHEN and
STEPHEN P. ANDRYSHAK AS SUPERINTENDENT OF
HIGHWAYS OF THE TOWN OF GOSHEN,

                  *Defendant(s)*,
-------------------------------------------------------------X

Rule 7.1 Disclosure

Index: 08 CIV 4720

H. Malcolm Stewart, III, affirms the following under the penalties of perjury:

1. I am associated with the Law Offices of Donald L. Frum the attorneys for the defendants in this matter.

2. The Town of Goshen is a New York Municipal Corporation and it does not have a parent company.

Dated: Elmsford, New York
       June 30, 2008

                                                     H. Malcolm Stewart, III